To: June Lowe, case coordinator          Date: __11/15/11__

From: Jack B. Weinstein

NEW CASE DOCKET NUMBER __CV11-5473__

Magistrate Judge __GO__

Treat under Local Rule 72.2 __✓__

Respectfully request expedition subject to view of the

Magistrate Judge _____

Set a conference before me as soon as possible after service _____

Issue an order to show cause why the case should not be dismissed as frivolous _____

Respectfully refer to the Magistrate Judge for:
_____
_____

Issue order as follows:
_____
_____

Other _____

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ NOV 16 2011 ★
BROOKLYN OFFICE